UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE GRAND JURY FOR THE OCTOBER 12, 2018 TERM | **MINUTES OF PROCEEDINGS**<br><br>February 7, 2019 |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>Katie Lynn Ogden</u>

COURT REPORTER: <u>Donna Forehand (Veterans Reporters)</u>

ASSISTANT UNITED STATES ATTORNEYS: <u>Christopher S. Strauss and Michael C. Landman (Trial Attorneys, Tax Division, United States Department of Justice)</u>

**MINUTES OF PROCEEDINGS: GRAND JURY**

Grand Jury convened at 9:00 a.m.

    The roll of the Grand Jury is taken.  (<u>17</u> members present, which constitutes a quorum.)

    The foreperson of the Grand Jury presents its partial report and indictments (copy of report attached).

    On motion of the United States Attorney, **IT IS ORDERED** that the said report and indictment(s) be filed.  There are <u>**no**</u> sealed indictments.

    **IT IS FURTHER ORDERED** that the terms of release as to each defendant are fixed as indicated and that arrest warrants or summons to be issued where indicated:

///

///

| | | |
|---|---|---|
| 1 | 3:19-cr-00010-MMD-WGC | USA v. Saud A. Alessa |
| 2 | | Summons Issued 2/7/2019 |
| | | Defendant to appear before |
| 3 | | Magistrate Judge Cobb in Reno |
| 4 | | Courtroom 2, on **Tuesday, 3/12/19,** |
| | | **at 3:00 p.m.** |

3:19-cr-00010-MMD-WGC

USA v. Saud A. Alessa
Summons Issued 2/7/2019
Defendant to appear before Magistrate Judge Cobb in Reno Courtroom 2, on **Tuesday, 3/12/19, at 3:00 p.m.**

USA v. Jackie Hayes
Summons Issued 2/7/2019
Defendant to appear before Magistrate Judge Cobb in Reno Courtroom 2, on **Tuesday, 3/12/19, at 3:00 p.m.**

USA v. Jeffrey Bowen
Summons Issued 2/7/2019
Defendant to appear before Magistrate Judge Cobb in Reno Courtroom 2, on **Tuesday, 3/12/19, at 3:00 p.m.**

3:19-cr-00011-HDM-CBC

USA v. Adam Michael Toombs
Fugitive
Arrest Warrant Issued 2/7/2019.

3:19-cr-00012-MMD-CBC

USA v. Edward C. Wright
Fugitive
Arrest Warrant Issued 2/7/2019.

3:19-cr-00013-MMD-WGC

USA v. Mark Martin-Call
In custody
Preliminary Examination scheduled for **Tuesday, 2/19/19, at 3:00 p.m.**, in Reno Courtroom 1, before Magistrate Judge Carry.

**IT IS FURTHER ORDERED** that the Grand Jury report upon notice.

Grand Jury adjourned at 10:21 a.m.

DEBRA K. KEMPI, CLERK OF COURT

By: /s/ Katie Lynn Ogden
Katie Lynn Ogden, Deputy Clerk

MINUTES OF PROCEEDINGS - 2