```
___ FILED           ___ RECEIVED
___ ENTERED         ___ SERVED ON
                    COUNSEL/PARTIES OF RECORD

       FEB 11 2019

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

IN THE MATTER OF THE PARTIAL
REPORTS OF THE GRAND JURY FOR
THE OCTOBER 12, 2018 TERM

**AMENDED MINUTES OF PROCEEDINGS**

February 7, 2019

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>Katie Lynn Ogden</u>

COURT REPORTER: <u>Donna Forehand (Veterans Reporters)</u>

ASSISTANT UNITED STATES ATTORNEYS: <u>Christopher S. Strauss and

Michael C. Landman (Trial Attorneys, Tax Division, United States Department of Justice)</u>

**MINUTES OF PROCEEDINGS: GRAND JURY**

Grand Jury convened at 9:00 a.m.

      The roll of the Grand Jury is taken. (<u>17</u> members present, which constitutes a quorum.)

      The foreperson of the Grand Jury presents its partial report and indictments (copy of report attached).

      On motion of the United States Attorney, **IT IS ORDERED** that the said report and indictment(s) be filed. There are **no** sealed indictments.

      **IT IS FURTHER ORDERED** that the terms of release as to each defendant are fixed as indicated and that arrest warrants or summons to be issued where indicated:

///

///

| | |
|---|---|
| 3:19-cr-00010-MMD-WGC | USA v. Saud A. Alessa<br>Summons Issued 2/7/2019<br>Defendant to appear before<br>Magistrate Judge Cobb in Reno<br>Courtroom 2, on **Tuesday, 3/12/19,**<br>**at 3:00 p.m.** |
| | USA v. Jackie Hayes<br>Summons Issued 2/7/2019<br>Defendant to appear before<br>Magistrate Judge Cobb in Reno<br>Courtroom 2, on **Tuesday, 3/12/19,**<br>**at 3:00 p.m.** |
| | USA v. Jeffrey Bowen<br>Summons Issued 2/7/2019<br>Defendant to appear before<br>Magistrate Judge Cobb in Reno<br>Courtroom 2, on **Tuesday, 3/12/19,**<br>**at 3:00 p.m.** |
| 3:19-cr-00011-HDM-CBC | USA v. Adam Michael Toombs<br>Fugitive<br>Arrest Warrant Issued 2/7/2019. |
| 3:19-cr-00012-MMD-CBC | USA v. Edward C. Wright<br>Fugitive<br>Arrest Warrant Issued 2/7/2019. |
| 3:19-cr-00013-MMD-WGC | USA v. Mark Martin-Call<br>In custody<br>Preliminary Examination scheduled<br>for **Tuesday, 2/19/19, at 3:00 p.m.,**<br>in Reno Courtroom 1, before<br>Magistrate Judge Carry. |

**IT IS FURTHER ORDERED** that the Grand Jury report upon notice.

Grand Jury adjourned at 1:53 p.m.

DEBRA K. KEMPI, CLERK OF COURT

By: _/s/ Katie Lynn Ogden_
Katie Lynn Ogden, Deputy Clerk

AMENDED MINUTES OF PROCEEDINGS - 2