```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

         FEB 1 1 2019

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

IN THE MATTER OF THE PARTIAL
REPORTS OF THE GRAND JURY FOR
THE OCTOBER 12, 2018 TERM

**AMENDED MINUTES OF PROCEEDINGS**

February 7, 2019

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>Katie Lynn Ogden</u>

COURT REPORTER: <u>Donna Forehand (Veterans Reporters)</u>

ASSISTANT UNITED STATES ATTORNEYS: <u>Christopher S. Strauss and

Michael C. Landman (Trial Attorneys, Tax Division, United States Department of Justice)</u>

**MINUTES OF PROCEEDINGS: GRAND JURY**

Grand Jury convened at 9:00 a.m.

  The roll of the Grand Jury is taken. (<u>17</u> members present, which constitutes a quorum.)

  The foreperson of the Grand Jury presents its partial report and indictments (copy of report attached).

  On motion of the United States Attorney, **IT IS ORDERED** that the said report and indictment(s) be filed. There are <u>**no**</u> sealed indictments.

  **IT IS FURTHER ORDERED** that the terms of release as to each defendant are fixed as indicated and that arrest warrants or summons to be issued where indicated:

///

///

3:19-cr-00010-MMD-WGC

USA v. Saud A. Alessa
Summons Issued 2/7/2019
Defendant to appear before Magistrate Judge Cobb in Reno Courtroom 2, on **Tuesday, 3/12/19, at 3:00 p.m.**

USA v. Jackie Hayes
Summons Issued 2/7/2019
Defendant to appear before Magistrate Judge Cobb in Reno Courtroom 2, on **Tuesday, 3/12/19, at 3:00 p.m.**

USA v. Jeffrey Bowen
Summons Issued 2/7/2019
Defendant to appear before Magistrate Judge Cobb in Reno Courtroom 2, on **Tuesday, 3/12/19, at 3:00 p.m.**

3:19-cr-00011-HDM-CBC

USA v. Adam Michael Toombs
Fugitive
Arrest Warrant Issued 2/7/2019.

3:19-cr-00012-MMD-CBC

USA v. Edward C. Wright
Fugitive
Arrest Warrant Issued 2/7/2019.

3:19-cr-00013-MMD-WGC

USA v. Mark Martin-Call
In custody
Preliminary Examination scheduled for **Tuesday, 2/19/19, at 3:00 p.m.**, in Reno Courtroom 1, before Magistrate Judge Carry.

**IT IS FURTHER ORDERED** that the Grand Jury report upon notice.

Grand Jury adjourned at 1:53 p.m.

DEBRA K. KEMPI, CLERK OF COURT

By: _/s/ Katie Lynn Ogden_
Katie Lynn Ogden, Deputy Clerk

AMENDED MINUTES OF PROCEEDINGS - 2