NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
PETER WALKINGSHAW
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada  89501
Peter.Walkingshaw@usdoj.gov
(775) 784-5438
*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:19-cr-00011-HDM-WGC |
| Plaintiff, | |
| v. | **Notice of Expert Testimony** |
| ADAM MICHAEL TOOMBS, | |
| Defendant. | |

The United States of America, by and through the undersigned, hereby gives notice of intent to call an expert witness regarding computer forensic analysis, forensic examinations of digital devices, online investigations, offender characteristics, peer-to-peer file sharing programs, and online social media and chat networks.

**SUMMARY OF EXPERT WITNESS OPINION & QUALIFICATIONS**

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the Government gives notice of its intent to call Detective Gregory Sawyer of the Washoe County Sheriff's Office who is currently assigned to the Northern Nevada Cyber Center.

Pursuant to Rule 702 of the Federal Rules of Evidence, the Government intends to call Detective Sawyer to provide expert witness testimony regarding the peer-to-peer file sharing

program and associated internet technology at issue in this case. Detective Sawyer's testimony will include general computer forensics, peer-to-peer file sharing networks, online distribution and sharing of child pornography, and other computer issues related to online child pornography investigations.  Detective Sawyer is also expected to provide expert testimony and explanations regarding the process for downloading and using the online social media and chat network, and peer-to-peer file sharing programs, the set-up process, the sharing capabilities and other aspects of these programs that will assist the jury in understanding the computer technology at issue in this matter and how the defendant distributed, received, and possessed child pornography.

All of the electronic devices seized from the Defendant and examined by the Government's other noticed expert have been made available to the defendant and his former standby defense counsel and forensic investigator. Detective Sawyer's expert testimony will be based upon his lengthy experience as a detective and task force officer working cases involving internet crimes against children. Detective Sawyer's curriculum vitae is attached as "Exhibit A" to this Notice.

Accordingly, the Government provides notice of its intent to call Detective Sawyer as an expert witness in the Government's case-in-chief.

DATED this 13th day of January, 2020

Respectfully submitted,

NICHOLAS TRUTANICH
United States Attorney

/s/ *Peter Walkingshaw*
PETER WALKINGSHAW
Assistant United States Attorney

CERTIFICATE OF SERVICE

It is hereby certified that pursuant to LCR 47-4 service of the foregoing **Notice of Expert Testimony** was made through the Court's electronic filing and notice system (CM/ECF) addressed to the following:

>Robert E. O'Brien III
>Robert_O'Brien@fd.org

DATED this 13th day of January 2020.

>_/s/ Peter Walkingshaw_
>PETER WALKINGSHAW