# Exhibit A

Gregory Sawyer

Curriculum Vitae

*United States of America v. Adam Michael Toombs,* 3:19-CR-00011-HDM-WGC
Notice of Expert Testimony

# Gregory Sawyer
**Detective**
Washoe County Sheriff's Office
911 Parr Blvd. Reno, NV. 89512
(775) 328-3320

## Curriculum Vitae
May 2019

**Education:**
Currently enrolled in Western Governors University
Bachelor of Science Cyber-Security – Projected Graduation January 2020

Associates Degree in Applied Science, Law Enforcement
Truckee Meadows Community College, 2011

Associates of Arts
Truckee Meadows Community College, 2011

High Sierra Regional Law Enforcement Academy
Truckee Meadows Community College, 1999

**Synopsis:**
Employed by the Washoe County Sheriff's Office since March 1998 and currently assigned as a Criminal and Forensic Investigator handling Cybercrimes Investigations. Currently assigned to the Northern Nevada Cyber Center which is a collaborative task force comprised of Officers from the Washoe County Sheriff's Office, Nevada Attorney Generals Office, Homeland Security, and the Federal Bureau of Investigation. Primary responsibilities involve the investigation of cyber related crimes to include internet crimes against children, computer intrusion and hacking, and cyber related fraud. Additional responsibilities include investigations of other part one crimes such as homicide, robbery, and sexual assault.

**Work Experience:**

Rank – Detective

06/2011 - Present: Detective, Northern Nevada Cyber Center, Special Operations Division.
    Responsible to conduct cyber related investigations involving internet crimes against children, computer intrusion and hacking, and cyber related fraud. Is a member of the Internet Crimes Against Children Task Force and assigned as a Task Force Officer (sworn Deputy U.S. Marshal) to the FBI's Cyber Crime Task Force. Serves as a Special United States Deputy Marshal and conducts computer forensic examinations.

12/2010 – 06/2011: Detective Division, Crimes against Persons Unit and Special Operations Division.
    Responsible for investigating cases involving allegations of child abuse, sexual exploitation, and sexual crimes against children. Responsible for investigating various other cases including robbery, homicide, and sexual assault.

Rank- Deputy Sheriff

8/06 - 12/10 Patrol Division.
    Responsibilities included handling calls for service, responding to emergencies, and other normal Patrol duties including traffic enforcement, taking reports, and making arrests for criminal violations. Crime Scene Investigator (2005-2010).

1/05 – 8/06 Classification Section
    Responsibilities included classifying inmates based upon criminal history, gang affiliation, behavior within the facility, and issues with other specific inmates.  Investigate and issue discipline for rule violations occurring within the facility.  Maintain the safety and security of incarcerated prisoners within the Detention Facility by ensuring the inmates are housed appropriately.

9/1999 – 1/05 Detention line position.
    Responsibilities included safety and security of incarcerated prisoners within the Detention Facility.
        Field training officer (2001 - 2003),
        Crime Scene Investigator (2000-2003).


## Professional Certificates:

| Certificate | Year | ID |
|---|---|---|
| GIAC GPEN (GIAC Ethical Hacker / Penetration Tester) | 2019 | Analyst #14385 |
| GIAC GSEC (GIAC Security Essentials) | 2018 | Analyst #43537 |
| Linux Essentials | 2018 | |
| CompTIA Network + Certification | 2017 | |
| TeelTech Certified Chip-Off Examiner | 2017 | |
| CompTIA Project + Certification | 2017 | |
| GIAC GASF (GIAC Advanced Smartphone Forensics) | 2016 | Analyst #50 |
| CompTIA A+ Certification | 2016 | 1020993596 |
| GIAC GCFA (GIAC Certified Forensic Analyst) | 2015 | Analyst # 10839 |
| Guidance Software Certified EnCase Examiner, EnCE | 2014 | SN: 15-1114-6463 |
| Access Data Certified Computer Examiner, ACE (recertification) | 2014 | |
| Cellebrite Certified Physical Analyst | 2014 | SN: 361000 |
| Cellebrite Certified Logical Operator | 2014 | SN: 359000 |
| Access Data Certified Computer Examiner, ACE (recertification) | 2012 | |
| Access Data Certified Computer Examiner, ACE | 2011 | |
| Nevada Peace Officers' Standards and Training Advanced Certificate | 2007 | |
| Nevada Peace Officers' Standards and Training Intermediate Certificate | 2007 | |
| Nevada Peace Officers' Standards and Training Basic Certificate. | 2000 | |

## Other Experience:

| | | |
|---|---|---|
| Washoe County Sheriff Deputies Association President | | 2010-2012 |
| Washoe County Sheriff's Office Crime Scene Investigator | | 2000-2010 |
| Washoe County Sheriff's Office Field Training Officer | | 2001-2003 |

**Training related to Computer Forensics/Incident Response: (1497 hours)**
- USSS MDE – Mobile Device Evidence Recovery – 152 hours
- SANS 560 – GIAC Ethical Hacking and Penetration Testing – 48 hours
- SQL lite Forensics – Teeltech – 40 hours
- SANS 401 – GIAC Security Essentials – 48 hours
- FBI – Mandiant Windows Network Intrusions – 40 hours
- Comptia Network + - 40 hours
- Comptia Project + - 40 hours
- Comptia Cloud Essentials – 40 hours
- Linux Essentials – 40 hours
- Cisco CCENT (Certified Cisco Entry Networking Technician) – 40 hours
- FBI – Freenet Investigations Course – 16 hours
- Chip-Off Examinations / Certification – 40 hours
- SANS 585 Advanced Smartphone Forensics – 36 hours
- FBI Cyber 2000 – Cyber Incident Response for new Agents, July 2015 – 40 hours
- Guidance Software EnCase Host Intrusion Methodology, June 9 – 12, 2015 – 32 hours
- Guidance Software EnCase Advanced Internet Examinations, June 2-5, 2015 - 32 hours
- SANS 508 Advanced Computer Forensic Analysis and Incident Response – 48 hours
- Cellebrite 3 day Physical Analyst Course – June 11-13, 2014 24 hours
- Cellebrite 2 day Logical Operator Course – June 9-10, 2014 16 hours
- Victims of Child Exploitation – April 9, 2014 3 hours
- Mobile Device Repair and JTAG Forensics – March 10-14, 2014 40 hours
- SANS 408 – Computer Forensic Investigations – September 16 – 21, 2013 48 hours
- Guidance Software ENCE v7 Prep Course, July 30-August 1, 2013, 24 hours
- Guidance Software EnCase Computer Forensics II, May 7-10, 2013, 32 hours
- Guidance Software EnCase Computer Forensics I, April 30 – May 3rd, 2013, 32 hours
- NIJ Digital Evidence Collection Training, July 26th, 2012, 8 hours
- NIJ Computer Forensic Investigations Training, July 25th, 2012, 8 hours
- SRT Cardinal Utilization and Tracking, February 20-23rd, 2012, 24 hours
- Access Data Mac Forensics, December 20-23rd, 2011, 24 hours
- Access Data Applied Decryption, November 1-4th, 2011, 21 hours
- Forensic Data Recovery, October 17-21st, 2011, 40 hours
- Access Data Internet Evidence Recovery, September 13-15th 2011, 21 hours
- United States Secret Service Basic Computer Evidence Recovery Training July 11- August 12th, 2011, 192 hours
- FBI – CART ImageScan System Version 3, May 18th, 2011, 8 hours
- NW3C Intermediate Data Recovery, March 7-11th, 2011, 36 hours
- NW3C Data Recovery and Acquisition, February 7-10th, 2011, 28 hours
- NW3C Ident. and Seizure of Electronic Evidence Train the Trainer, January 10-11th, 2011 14 hours
- NW3C Cyber Investigation – Stop, January 12-13th 2011, 16 hours
- NW3C Basic Computer Skills for Law Enforcement January 6th, 2011, 8 hours
- ICAC Peer to Peer Investigations, September 20-23rd, 2010, 22 hours
- ICAC Investigative Techniques, May 24-28th, 2010, 36 hours

## Training related to sexual exploitation of children: (165 hours)

- 2013 National Crimes Against Children Conference, August 13, 2013, 25.5 hours
- Child Sexual Abuse Investigations, May 1st, 2012, 8 hours
- Child Sexual Abuse Investigations, May 2nd , 2012, 8 hours
- 2012 National Strategy Conference on Combating Child Exploitation, April 16-19th, 2012, 22.5 hours
- FBI – Investigative Interviewing of Children, January 9-12th, 2012, 32 hours
- 2011 National Strategy Conference on Combating Child Exploitation, May 17-20th, 2011, 21 hours
- 2011 I.C.A.C. National Conference, San Jose, CA April 15th-18th, 2011, 32 hours
- Management of Juveniles charged with Sex Offenses, February 16-17th, 2011, 16 hours

## Other training related to Detectives/Investigations: (204 hours)

- FBI – Online Covert Employee Course, March 7 – 11, 2016, 40 hours
- FBI - Preventing Suicide in Child Pornography Cases, February 9th, 2012, 4 hours
- Analyzing Criminal Behavior, November 16-17th, 2011, 16 hours
- PATC New Detective and Investigator training, March 4-8th, 2011, 35 hours
- Internal Affairs Training, December 8-10th, 2010, 16 hours
- Crisis Intervention, December 3-7th, 2007, 45 hours
- Domestic Violence / Sexual Assault Investigations, April 26th, 2007, 8 hours
- Crime Scene Investigation, October 13-17th, 2000, 40 hours

## Additional training:
- NCIC Inquiry, July 15th 2010, 4 hours
- Basic Patrol Rifle Training, October 18th, 2007, 8 hours
- Patrol Training Academy, September 2006, 124 hours
- Active Shooter Rapid Deployment, September 4th, 2006, 8 hours
- Patrol Field Training Program, 2006
- Instructor Development, October 17-21st, 2005, 40 hours
- NCIC 8 hours, 2008
- Interpersonal Communications, March 9-10th, 2004, 16 hours
- NCIC 8 hours, 2006
- Taser International M-26 Certification, April 2005
- Incident Command System, February 13th, 2002, 2 hours
- Ethics, March 15th, 2002, 4 hours
- Field Training Officer School, December 2001, 40 hours
- Critical Incident Stress Management, December 19th, 2000, 8 hours
- Basic Law Enforcement Academy, April 30th, 1999, 600 hours

**Awards:**

Letter of Commendation, El Dorado County District Attorney's Office, March 2018
Letter of Commendation, Elko Police Department, January 2016
SANS Forensic Challenge Winner "Lethal Forensicator" Challenge Coin Holder Sept 2013, Sept 2016
Exemplary Performance Award, Washoe County Sheriff's Office, April 2002
Letter of Commendation, Washoe County Sheriff's Office, September 1998
Special Unit Award Field Training Officer 4 years or more, May 2006
Special Unit Award Crime Scene Investigator 4 years or more, August 2004
Sick Leave Award, Zero hours of sick leave used, 1998, 2010, 2011, 2012, 2013, 2014