RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
California State Bar No. 314082
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(775) 784-5369/Fax
Katherine_Tanaka@fd.org

Attorney for Adam Michael Toombs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:19-cr-00011-HDM-WGC |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| ADAM MICHAEL TOOMBS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Andolyn R. Johnson, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Adam Michael Toombs, that the Sentencing Hearing currently scheduled for November 2, 2021 at 11:00 am, be vacated and continued to January 11, 2022 at 10:00 am.

The Stipulation is entered into for the following reasons:

1. Counsel for both parties need additional time to prepare for sentencing.

2. Defendant Adam Toombs is in custody and does not oppose the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 20th day of October 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Katherine A. Tanaka<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By /s/ Andolyn R. Johnson<br>ANDOLYN R. JOHNSON<br>Assistant United States Attorney |

I agree to the above continuance and waive my Speedy Trial rights as outlined above

By: /s/ Adam Toombs
     ADAM MICHAEL TOOMBS, Defendant

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:19-cr-00011-HDM-WGC |
| Plaintiff, | ORDER |
| v. | |
| ADAM MICHAEL TOOMBS, | |
| Defendant. | |

IT IS ORDERED that the Video Sentencing hearing currently scheduled for November 2, 2021, at 11:00 a.m., be vacated and continued to January 11, 2022 at 10:00 am in Reno Courtroom 4 before Judge Howard D. McKibben.  IT IS SO ORDERED.

DATED this 21st day of October 2021.

_Howard D. McKibben_
UNITES STATES DISTRICT JUDGE